# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIGDALIA MAZZIOTTA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 19-10493-FDS |
| ANNE MARIE, BRIDGETT C. SANDUSKY, ) | |
| and CAMILLE A. NELSEN, ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**SAYLOR, J.**

      This is case arising out of plaintiff Migdalia Mazziotta's dismissal from, and denial of readmission to, the Suffolk University Law School LLM program in Global Law & Technology for poor academic performance.

      Mazziotta is proceeding *pro se*. The complaint names various individuals who are purportedly officers or employees of Suffolk University Law School. The self-prepared complaint asserts two counts that essentially contain three claims. First, the complaint alleges that she was dismissed from the LLM program without notice and a hearing, in violation of the Due Process Clause of the Fourteenth Amendment, which the Court will interpret as a claim under 48 U.S.C. § 1983. It further alleges that her poor academic performance was a product of her disabilities, including Post-Traumatic Stress Disorder ("PTSD") and major depressive disorder, and that her dismissal from, and denial of re-admission to, the LLM program constituted both a failure to accommodate and discrimination in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.*

On April 3, 2019, Mazziotta filed a motion to amend the complaint, but did not provide a copy of the proposed amended complaint with the motion.

On April 16, 2019, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

On May 14, 2019, the Court denied Mazziotta's motion to amend without prejudice to its renewal. The Court directed her to file a renewed motion with a copy of the proposed amended complaint by May 28, 2019.

On May 28, 2019, Mazziotta filed a renewed motion to amend. That pleading again does not attach a proposed amended complaint, but does provide the text of four additional paragraphs that she seeks to add to her original complaint. Those additional claims include a motion to appoint counsel; a request for damages in the amount of $100,000; a demand for a jury trial; and a petition for reinstatement as a student. The renewed motion to amend does not address defendants' motion to dismiss for insufficient service of process, or otherwise cure the defects in service. She has not otherwise filed a response to the motion to dismiss for insufficient service.

The motion to amend is GRANTED to the extent that it seeks to add additional paragraphs of allegations to the complaint, and DENIED to the extent that it includes a motion to appoint counsel. However, because the motion to dismiss for insufficient service of process appears to be meritorious and is unopposed, the complaint is nonetheless DISMISSED pursuant to Fed. R. Civ. P. 12(b)(5).

**So Ordered.**

Dated: May 29, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge